ORIGINAL

FILED
JAN - 4 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

CIVIL NO. 07-6 T

NOTICE OF DIRECTLY-RELATED CASE

Pursuant to RCFC 40.2(a), Plaintiff Principal Life Insurance Company states to the Court:

1. The case arising out of the Complaint filed contemporaneously herewith is directly related to the following earlier-filed case:

Principal Life Insurance Company And Subsidiaries
v.
The United States
No. 02-1278T
(Judge Francis M. Allegra)
(Decision filed March 17, 2006)

2. Both cases involve the same parties. The earlier-filed case involved two issues, one of which was applicability of interest on deferred tax under section 453A of the Internal Revenue Code for Plaintiff's taxable years 1991-1994. This case relates to Plaintiff's taxable years 1995 and 1996, and involves only that issue.

The facts and grounds underlying Plaintiff's claim on that issue for 1995 and 1996 are the same as in the earlier-filed case.

3. Plaintiff believes that assignment of this case to Judge Allegra is likely to conserve judicial resources and promote efficient determination in this case. Consolidation is not necessary.

Date: Dec. 22, 2006.

Bruce Graves
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231

ATTORNEY FOR PLAINTIFF,
PRINCIPAL LIFE INSURANCE
COMPANY