IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-6 T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT

Defendant, the United States, respectfully moves the Court for an enlargement of time of 7 days from March 5, 2007, to and including March 12, 2007, within which to answer or otherwise respond to the complaint filed in this case. This is the first enlargement requested for this purpose. We are authorized to state that plaintiff consents to the granting of this motion.

As reason for its request, defendant states the following. On February 28, 2007, defendant's counsel was notified that one box of Internal Revenue Service (IRS) files for this case, along with the defense recommendation from the IRS's Office of the Chief Counsel, was being shipped by express mail from St. Paul, Minnesota, on February 28;

and that one additional box of files had just been located and was to be shipped by express mail directly to defendant's counsel from the Service Center on March 1, 2007. As of the time of the filing of this motion, however, none of the referenced materials has been received. Assuming that they arrive at least by March 2, 2007, defendant's counsel will still need time to review the files and the defense recommendation before preparing the response to the complaint.

Respectfully submitted,

March 1, 2007

s/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 1, 2007

s/ Steven I. Frahm
Of Counsel