IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-6 T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT

Defendant, the United States, respectfully moves the Court for an enlargement of time of 10 days from March 12, 2007, to and including March 22, 2007, within which to answer or otherwise respond to the complaint filed in this case. This is the second enlargement requested for this purpose, the first having been granted for a period of seven days.

As reason for its request, defendant states that defendant's counsel's mother is gravely ill and not expected to survive. Accordingly, defendant's counsel is leaving the office today for Tallahassee and expects to return to the office some time next week. The 10-day period of enlargement requested herein should enable her to complete her review

of the files and preparation of the response to the complaint upon her return to the office.

Plaintiff's counsel is out of the country until March 19, 2007. Defendant's counsel left a message on his voice mail regarding this motion. She believes that in the circumstances he would have no objection to the granting of the motion.

Respectfully submitted,

March 9, 2007

s/Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 9, 2007

s/Steven I. Frahm

Of Counsel