IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-6T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

The parties respectfully request that the Court enter an order suspending the proceedings in this case, pending the ultimate resolution of the issue raised in the complaint in this case, in the related case (No. 02-1278 T).

The issue raised in the complaint in this case, involving interest on deferred tax liability under Code § 453A, was decided in favor of the plaintiff in the related case (70 Fed. Cl. 144 (2006)). It has not yet been decided whether that decision will be appealed. The parties believe, however, that in any event the ultimate determination of that issue will be determinative of the same issue raised in the complaint in this case. Counsel for the parties believe, therefore, that the interests of judicial economy will be served by

suspending this suit, to await the ultimate outcome in the related case.

Respectfully submitted,

May 10, 2007
Date

s/ Bruce Graves
BRUCE GRAVES
Brown, Winick, Graves, Gross, Baskerville
and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
(515) 242-2400 (telephone)
(515) 283-0231 (facsimile)
Attorney for plaintiff

May 10, 2007
Date

s/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

May 10, 2007
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for defendant