IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES, | : | CIVIL NO. 07-6T |
| Plaintiff, | : | (Judge Francis M. Allegra) |
| vs. | : | |
| UNITED STATES OF AMERICA, | : | PLAINTIFF'S MOTION FOR LEAVE TO AMEND |
| Defendant. | : | |

In accordance with COFC Rule 15(a), Plaintiff Principal Life Insurance Company hereby moves the Court for leave to amend its Complaint filed herein in the particulars shown in the proposed amendment attached hereto as Attachment 1. In support of this motion, Plaintiff states to the Court as follows:

1. The Complaint in this matter was filed on January 4, 2007.

2. Upon joint motion of Plaintiff and Defendant and order of the Court entered May 14, 2007, proceedings in the case were suspended pending the government's decision of whether to appeal a related case decided by this Court, *Principal Life Insurance Company v. U.S.*, No. 02-1278T, and until the outcome of any such appeal. On September 4, 2007, pursuant to Stipulation of Dismissal signed and filed by the parties, the Court of Appeals for the Federal Circuit entered its order dismissing

such appeal and, accordingly, suspension of proceedings in this case has ended.

3. No discovery has yet been commenced or conducted in this case.
4. The matters raised in the proposed amendment are significant and substantial and allowance of the proposed amendment is therefore in the interests of justice.
5. No prejudice will result to the Defendant if this motion for leave to amend is granted.

WHEREFORE, Plaintiff prays this this motion be granted by the Court.

Date: September 26, 2007.

*s/Bruce Graves*

Bruce Graves
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFF,
PRINCIPAL LIFE INSURANCE
COMPANY