IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-6 T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES,
Plaintiff

v.

THE UNITED STATES,
Defendant

# RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND REQUEST FOR SCHEDULING ORDER

Defendant, the United States, respectfully notifies the Court that it does not object to the granting of plaintiff's motion for leave to amend the complaint in this case, subject to the following caveats and requests:

1. Defendant's counsel has not yet been able to determine whether the Court has or would have jurisdiction over the proposed amended complaint;

2. If the motion for leave to amend is granted, this case should be consolidated with case number 07-706 T, in which the same new issues are raised for other tax years, which was filed by plaintiff on September 28, 2007, along with a Notice of Directly-Related Case (the instant case); and

3. If the motion for leave to amend is granted, defendant requests that the answer to the amended complaint be due on the same day as the answer to the complaint in case number 07-706 T (currently, November 27, 2007).

Respectfully submitted,

10/15/2007 s/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ David Gustafson

10/15/2007 Of Counsel



2804481.1