IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-6 T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES,
Plaintiff

v.

THE UNITED STATES,
Defendant

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO ENLARGE TIME TO FILE
RESPONSE TO AMENDED COMPLAINT

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, to and including January 26, 2008, within which to file its response to the amended complaint in this case. This is the first enlargement requested for this purpose. We are authorized to state that plaintiff has no objection to the granting of this motion.

As reason for our request, defendant states that, as the Court is aware, on October 15, 2007, we notified the Court that we had no objection to plaintiff's motion for leave to amend the complaint (although we have not yet determined whether the Court has or would have jurisdiction over the amended complaint), and requested that, if plaintiff's motion were allowed, the answer to the amended complaint be due on November 27, 2007–the same date that the answer to the complaint in the related case, No. 07-706, was then due.

As noted in our motion for an enlargement of time to respond to the complaint in the related case (also being filed today), defendant's counsel has been informed by the

Internal Revenue Service Chief Counsel's office that, because of the nature of the issues raised in the amended complaint in this case, preparation of the defense recommendation requires coordination with, or reassignment to, a different regional office from the office in St. Paul, Minnesota, that has traditionally been assigned to handle matters involving plaintiff's insurance tax issues. In addition, approximately 50 boxes of administrative files pertaining to the issues raised in the amended complaint have been assembled so far, at least some of which contain information relating to other taxpayers that must be segregated prior to forwarding of the relevant files to defendant's counsel. As the Court is aware, the Chief Counsel's defense recommendation and the relevant administrative files must be reviewed by defendant's counsel before a meaningful response to the amended complaint can be drafted.

Respectfully submitted,

11/26/2007

s/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ David Gustafson

11/26/2007 Of Counsel