# In The United States Court of Federal Claims

No. 07-006T

(Filed: November 27, 2007)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 14, 2007, this case was stayed pending defendant's decision to appeal a related case, *Principle Life Insurance Co. v. United States*, No. 02-1278T. Although a notice of appeal was filed, the appeal was dismissed by the Federal Circuit on September 4, 2007, based on a stipulation of dismissal. Plaintiff subsequently filed a motion to amend its complaint on September 26, 2007. Defendant filed its response to plaintiff's motion on October 15, 2007, requesting various additional relief. Accordingly,

1. The motion to amend the complaint is hereby **GRANTED**;

2. On or before November 25, 2007, defendant shall file its response to plaintiff's amended complaint; and

3. The court will consider at a later date whether to consolidate this matter with No. 07-706T.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge