# In The United States Court of Federal Claims

No. 07-006T

(Filed: January 23, 2008)

---

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On November 27, 2007, the amended complaint was filed in this case. On January 23, 2008, defendant filed a motion for extension of time to file its response. The motion is hereby **GRANTED**. Accordingly, on or before March 25, 2008, the defendant shall file its response. **No further extensions of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge