IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES, | : | |
| | : | CIVIL NO. 07-6T |
| Plaintiff, | : | |
| | : | (Judge Francis M. Allegra) |
| vs. | : | |
| | : | PLAINTIFF'S ATTACHMENTS TO |
| UNITED STATES OF AMERICA, | : | FIRST AMENDMENT |
| | : | TO COMPLAINT |
| Defendant. | : | |

Plaintiff hereby files Attachments 2 through 7 which were inadvertently omitted from its First Amendment To Complaint filed on November 27, 2007.

Date: April 7, 2008.

*s/ Bruce Graves*

Bruce Graves
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFF,
PRINCIPAL LIFE INSURANCE
COMPANY