IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-6 T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION TO ENLARGE THE TIME FOR FILING OF JPSR IN FED. CL. NO. 07-6 AND FED. CL. NO. 07-706, AND TO SHORTEN THE TIME FOR FILING OF JPSR IN FED. CL. NO. 08-135 T

The parties respectfully move the Court for an enlargement of time of 14 days, from May 16, 2008, to and including May 30, 2008, within which to file the JPSR in *Principal Life Ins. Co. and Principal Financial Group, Inc. v. U.S.*, Fed. Cl. No. 07- 706 T, and *Principal Life Ins. Co. and Subsidiaries v. U.S.*, Fed. Cl. No. 07-6 T, and respectfully move the Court to shorten the time for filing the JPSR in *Principal Life Ins. Co. and Principal Financial Group, Inc. v. U.S.*, Fed. Cl. No. 08-135 T, from July 3, 2008, to and including May 30, 2008.[1]

The parties intend to file the same JPSR in all three cases, explaining why they believe consolidation of the three for all purposes is appropriate. Because, however, the current deadline

[1] At present, there is in fact no deadline for filing a JPSR in Fed. Cl. No. 08-135 T; however, defendant intends to answer the complaint on the extended deadline May 12, 2008, thereby triggering a JPSR deadline of July 3, 2008.

for filing the answer in Fed. Cl. No. 08-135 T is May 12, 2008, the parties seek additional time beyond May 16, 2008 (the current JPSR deadline in Fed. Cl. Nos. 07-6 and 07-706), within which to compose a comprehensive JPSR for all three cases.

At the same time, the parties do not wish to delay the filing of a JPSR in Fed. Cl. No. 08-135 T, but desire to have that case, even if not ultimately consolidated, to enter fact discovery at the same time as the other two. They thus seek an order shortening (or setting, *see supra* note 1) the time for filing the JPSR in Fed. Cl. No. 08-135 to the same extended deadline requested to file the other two JPSRs.

WHEREFORE, the parties request that their motion be granted. Plaintiffs' attorney has authorized defendant's attorney to sign this joint motion on his behalf.

Respectfully submitted,

5/01/2008 s/Bruce Graves by s/Bart D. Jeffress
Date BRUCE GRAVES
Brown, Winick, Graves, Gross, Baskerville and
Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
Email: *graves@brownwinick.com*

OF COUNSEL:
William C. Brown, Esq.
John D. Schmidt, Esq.

Attorneys for Plaintiffs

5/01/2008 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

5/01/2008 s/David Gustafson
Date Of Counsel
Attorneys for Defendant