# In The United States Court of Federal Claims

No. 07-006T

(Filed: May 2, 2008)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 2, 2008, this court filed an order directing the Clerk to consolidate this case with case Nos. 07-706T and 08-135T. Accordingly, all further filings should be filed under the lead case, No. 07-006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge