# In The United States Court of Federal Claims

Nos. 07-006T, 07-706T, and 08-135T

(Filed: May 2, 2008)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 1, 2008, the parties filed a joint motion for an extension of time to file a Joint Preliminary Status Report (JPSR) in case Nos. 07-006T and 07-706T, and a joint motion to shorten the time to file a JPSR in case No. 08-135T. These motions are hereby **GRANTED**. Accordingly, on or before May 30, 2008, the parties shall file their JPSR in this consolidated matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge