# In The United States Court of Federal Claims

Nos. 07-006T, 07-706T and 08-135T

(Filed: June 6, 2008)

---

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic preliminary status conference will be held in this case on June 20, 2008, at 10:00 a.m. (EDT). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge