# In The United States Court of Federal Claims

Nos. 07-006T, 07-706T and 08-135T

(Filed: June 20, 2008)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 20, 2008, a joint preliminary status conference was held in this case. Participating in the conference were Bruce Graves, for plaintiff, and Bart Duncan Jeffress, for defendant. As discussed at the conference:

1. On or before June 30, 2008, the parties shall complete their initial disclosures.

2. On or before July 18, 2008, the parties shall file a joint discovery plan that reflects an agreed-upon overall schedule for the completion of discovery in this matter and that contains, *inter alia*:

   a. A schedule for conducting discovery on any issues here involving jurisdiction or the validity of assessments and for the filing of any dispositive motions with respect to such issues;

   b. Provisions for preserving evidence in this case, with particular focus on evidence possessed by third parties;

   c. A discussion of whether it is appropriate to conduct phased discovery here focusing, for example, on particular substantive tax

issues; and if such phased discovery is advisable, a plan for its completion;

d. Provisions or agreements regarding how the parties will deal with electronically stored information; and

e. Information regarding the overall extent of fact and expert discovery anticipated herein, providing clearer indication as to the nature of expected discovery and the expected need for relief from the discovery limitations imposed by the RCFC.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge