IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 1:07-cv-00006-FMA<br>(Consolidated with Nos. 07-706 and 08-135)<br><br>(Hon. Francis M. Allegra)<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF FILING DATE FOR JOINT DISCOVERY PLAN** |

Plaintiff respectfully moves the Court for a 42-day extension of the date ordered for filing of the joint discovery plan in these consolidated cases. In support of this motion, Plaintiff states to the Court as follows:

1. On June 20, 2008, following the telephonic status conference held earlier that date, the court entered its Order directing the parties to file on or before July 18, 2008 a joint discovery plan reflecting an overall agreed-upon discovery plan for these cases.

2. The agreed-upon discovery plan was to include a schedule for discovery on issues involving jurisdiction or the validity of assessments, and for the filing of any dispositive motions regarding such issues, as well as a phased discovery plan with respect to all issues, if appropriate.

3. Counsel for the plaintiff and the defendant met in person on July 3 to discuss these matters and, recognizing that the issues involving jurisdiction

(timeliness of the claims for refund) or validity of the assessments each have the potential to dispose of the great majority of the substantive issues in these cases, believe that it is in the interests of the parties and the Court to conduct discovery on and achieve resolution, including through dispositive motions, if appropriate, of those issues before engaging in discovery with respect to the substantive issues (with the exception of third party document discovery for the purpose of preserving evidence).

4. As a result of information provided and documents produced in the initial disclosures of the parties and at the in person meeting of counsel on July 3, and additional information and documents (if available) that the parties have agreed informally might be exchanged in the near future, additional time is necessary to enable the parties to study such documents and information, to re-evaluate their respective positions with regard to the issues involving jurisdiction and validity of the assessments, to determine the nature and extent of discovery, if any, that may be necessary, and to agree upon deadlines for dispositive motions, if any, with respect to such issues.

5. Counsel for plaintiff has provided an advance copy of this motion to counsel for defendant and the latter has authorized the undersigned to state to the Court that defendant has no objection to this motion being granted.

WHEREFORE, plaintiff prays that the July 18 date set by the Court's June 20 order for filing of a joint discovery plan be extended to August 29, 2008.

Date: July 16, 2008.

*s/ Bruce Graves*

Bruce Graves
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFF,
PRINCIPAL LIFE INSURANCE
COMPANY