# In The United States Court of Federal Claims

Nos. 07-006T, 07-706T and 08-135T

(Filed: July 18, 2008)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 16, 2008, plaintiff filed a motion for extension of time to file a joint discovery report to and including August 29, 2008. Plaintiff have indicated that defendant has no objection with this motion. The motion is hereby **GRANTED.** On or before August 29, 2008, the parties shall file a joint discovery report that reflects an agreed-upon overall schedule for the completion of discovery in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge