IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES, | : | CIVIL NO. 07-006 (Consolidated with Nos. 07-706 and 08-135) |
| Plaintiff, | : | |
| vs. | : | (Judge Francis M. Allegra) |
| UNITED STATES OF AMERICA, | : | PLAINTIFF'S MOTION FOR LEAVE TO AMEND |
| Defendant. | : | |

In these consolidated cases, Plaintiff Plaintiff Principal Life Insurance Company, in accordance with COFC Rule 15(a), hereby moves the Court for leave to amend its complaints filed herein in the particulars shown in the proposed amendments attached hereto as Attachment 1. In support of this motion, Plaintiff states to the Court as follows:

1. These cases were consolidated by order of the Court on May 2, 2008.
2. No scheduling order has yet been entered. Upon direction of the Court, and following an extension of time, the parties' Joint Discovery Plan was filed on August 29, 2008.
3. No discovery has yet commenced (other than the parties' initial disclosures required by Rule 26(a)(1) and exchanges of documents through informal cooperation).

4. The matters raised in the proposed amendments to Plaintiffs' complaints are significant and substantial and allowance of the proposed amendments is therefore in the interests of justice.
5. Defendant has been shown an advance copy of this motion for leave to amend and the proposed amendments and has advised the undersigned Plaintiff's counsel that it has no objection to the motion being granted, subject to the request that, if the motion for leave to amend is granted, Defendant requests that the answers or other responses to the amended complaints be due on the same day as the answer or other response to the complaint in case number 08-605T (currently, October 27, 2008).

WHEREFORE, Plaintiff prays this this motion be granted by the Court.

Date: September 3, 2008.

*s/Bruce Graves*

Bruce Graves
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFF,
PRINCIPAL LIFE INSURANCE
COMPANY