# In The United States Court of Federal Claims

Nos. 07-006T, 07-706T, 08-135T and 08-605T

(Filed: October 10, 2008)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on October 21, 2008, at 2:30 p.m. (EDT). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge