# In The United States Court of Federal Claims

No.  07-06T

(Filed:  October 16, 2008)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES ET. AL.,

      Plaintiff,

  v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On October 15, 2008, defendant filed an unopposed motion for an enlargement of time of 45 days to and including December 5, 2008.  Defendant's motion is hereby **GRANTED.**  On or before December 23, 2008, defendant shall file its response.  **No further enlargement of this deadline will be granted.**

      **IT IS SO ORDERED.**


                             s/ Francis M. Allegra          
                             Francis M. Allegra
                             Judge