# In The United States Court of Federal Claims

No. 07-06T

(Filed: October 21, 2008)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 20, 2008, a joint status conference was held in this case. Participating in the conference were Bruce Graves, for plaintiff, and Bart Duncan Jeffress, for defendant. As discussed at the conference:

1. On or before April 30, 2009, the parties shall complete "Phase I" discovery, which provides for discovery on claims involving jurisdiction and validity of assessments.

2. The parties may simultaneously conduct third-party document discovery to preserve evidence.

3. On or before May 13, 2009, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule for the filing of any dispositive motions.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge