# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, and 08-605T

(Filed:  February 3, 2009)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On February 2, 2009, the parties filed a joint motion to enlarge the time to file a joint preliminary status report regarding certain amendments to the complaints filed in these consolidated cases.  A joint preliminary status report was previously filed on May 30, 2008, and, as there is no provision in the RCFC for filing a joint preliminary status report after filing an answer to an amended complaint, this motion is hereby **DENIED.**  Accordingly, the parties shall file a joint status report on May 13, 2009, pursuant to the court's order on October 21, 2008.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge