# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, and 08-605T

(Filed: April 13, 2009)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On April 9, 2009, the parties filed a joint motion for enlargement of time to complete Phase I discovery. The parties' motion is hereby **GRANTED**. Accordingly:

1. On or before May 14, 2009, Phase I discovery shall be complete; and

2. On or before May 22, 2009, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                                                s/ Francis M. Allegra  
                                                                 Francis M. Allegra  
                                                                 Judge