# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, and 08-605T

(Filed: May 27, 2009)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On May 22, 2009, the parties filed a joint status report proposing a schedule for dispositive motions and requesting permission to exceed the default page limitations in their briefs. Having considered the parties' status report, the court concludes the following:

1. On or before August 7, 2009, defendant shall file its motion for summary judgment. The deadlines for all subsequent filings shall be in accordance with the rules of the court; and

2. The court is disinclined to allow briefs that exceed the default page limitations. However, any party that desires to exceed those limits shall file, along with its brief, a motion for permission to exceed the page limits in that brief (with the understanding that the motion may be denied and the offending brief struck from the record).

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge