IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, and PRINCIPAL FINANCIAL GROUP, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 1:07-cv-00006-FMA (Consolidated with Nos. 07-706, 08-135, and 08-605)<br><br>(Hon. Francis M. Allegra) |

**PLAINTIFFS' CROSS-MOTION FOR, AND OPPOSITION TO DEFENDANT'S MOTION FOR, PARTIAL SUMMARY JUDGMENT**
**AND**
**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

**I.**

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Rules of the Court of Federal Claims, Plaintiffs respectfully move the Court to enter partial summary judgment in favor of Plaintiffs with respect to Plaintiffs' overpayments resulting from Defendant's untimely assessments of taxes for the taxable years 1998, 1999, and 2000, and resulting from Defendant's untimely assessments of penalties for the taxable years 1996-2000, on the ground that there is no genuine issue as to any material fact regarding such untimely assessments or Plaintiffs' overpayments and Plaintiffs are entitled to judgment thereon as a matter of law, as shown by Plaintiffs' Proposed Findings of Uncontroverted Fact, Plaintiffs' Responses to Defendant's Proposed Findings of Uncontroverted Fact, and Plaintiffs' brief filed herewith.

**II.**

**OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

In the event the Court determines that Plaintiffs' are not entitled to partial summary judgment as a result of Defendant's untimely assessments, Plaintiffs oppose Defendant's motion for partial summary judgment on the ground that, as shown by Plaintiffs' Responses to Defendant's Proposed Findings of Uncontroverted Fact, the facts disputed therein present genuine issues for trial, and upon the further ground that, as shown by Plaintiffs' brief filed herewith, Defendant is not entitled to judgment as a matter of law.

**III.**

**REQUEST FOR ORAL ARGUMENT**

For the purpose of answering such questions as the Court may have regarding these matters, Plaintiffs respectfully request the opportunity to be heard in oral argument at the site of the Court in Washington, D.C. or such other place as the Court may determine.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' Cross-Motion for Partial Summary Judgment, Deny Defendant's Motion for Partial Summary Judgment, and grant the parties oral argument on these motions.

Respectfully submitted,

s/Bruce Graves

Date: October 2, 2009

Bruce Graves
Brown, Winick, Graves, Gross,
  Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2403

Facsimile: 515/323-8503
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFFS,
PRINCIPAL LIFE INSURANCE
COMPANY and
PRINCIPAL FINANCIAL GROUP, INC.

3