# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, and 08-605T

(Filed: March 25, 2010)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

Oral argument on the parties' summary judgment motions will be held in this case on Thursday, April 29, 2010, at 10:00 a.m (CDT) at the United States Courthouse, 123 East Walnut Street, Courtroom No. 265, Des Moines, IA 50309.

**IT IS SO ORDERED.**

      s/ Francis M. Allegra
      Francis M. Allegra
      Judge