# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, and 08-605T

(Filed: October 6, 2010)
_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On October 1, 2010, the parties filed a joint notice informing the court that additional time is needed to determine a representative transaction.  After reviewing the parties' filing the court orders the following:

1. The parties' request for additional time to determine a representative transaction is hereby **DENIED**;

2. Any future requests for enlargement of time must be made via motion and in accordance with Rule 6.1;

3. Should the parties decide to re-file the joint notice as a motion for enlargement of time, they shall disclose how extending the representative transaction deadline impacts the other deadlines in this court's May 7, 2010 order.

**IT IS SO ORDERED.**

                                                                s/ Francis M. Allegra
                                                                Francis M. Allegra
                                                                Judge