# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, and 08-605T

(Filed: January 14, 2011)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 12, 2011, defendant filed an unopposed motion for enlargement of time for fact discovery. The motion is hereby **GRANTED**. Accordingly:

1. On or before August 1, 2011, fact discovery shall be completed;

2. On or before September 1, 2011, the parties shall disclose their expert witnesses and submit their expert reports;

3. On or before October 3, 2011, the parties shall disclose their rebuttal expert witnesses and submit their rebuttal expert reports;

4. On or before December 1, 2011, expert discovery shall be completed; and

5. On or before December 8, 2011, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge