# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed:   June 20, 2011)

_____

PRINCIPAL LIFE INSURANCE COMPANY
AND SUBSIDIARIES, et. al.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Thursday, July 7, 2011, at 3:00 p.m. (EDT).   Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                             s/ Francis M. Allegra
                                                              Francis M. Allegra
                                                               Judge