# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: August 31, 2011)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,
*et al.*,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On August 24, 2011, the parties filed a joint motion for clarification as to this court's August 19, 2011, order. That order extends discovery deadlines pertaining to Phase II of this litigation. Defendant is hereby permitted to take up to thirty-eight depositions during Phase II fact discovery.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge