# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed:  September 1, 2011)
_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,
*et al.*,

                      Plaintiffs,

            v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**
_____

      A telephonic status conference will be held in this case on September 6, 2011, at 2:00 p.m. (EDT) to discuss the Motion of Non-Parties Morgan Stanley and Morgan Stanley & Co. LLC, for entry of a Protective Order.  Chambers will contact the parties, including counsel for non-parties Morgan Stanley and Morgan Stanley & Co. LLC, shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge