# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: September 6, 2011)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,
*et al.*,

                Plaintiffs,

           v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Today, a telephonic status conference was held in this case. Participating in the conference were Bruce Graves, for plaintiffs, Bart Duncan Jeffress, for defendant, and Andrew Rhyes Davies, for non-party Morgan Stanley. Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before September 16, 2011, Morgan Stanley shall submit to chambers for *en camera* review several samples of documents it alleges are confidential. The samples shall be marked to indicate portions of the documents that will be redacted and portions that contain potentially proprietary information;

2. On or before September 23, 2011, Morgan Stanley shall file a revised proposed protective order; and

3. On or before October 5, 2011, plaintiff and defendant shall each file a response to Morgan Stanley's proposed protective order.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge