# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: October 5, 2011)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 4, 2011, plaintiffs filed an unopposed motion for enlargement of time to respond to defendant's Motion for a Protective Order. Plaintiffs' motion mistakenly characterizes the existing deadline for the filing of this response as October 12, 2011. In fact, pursuant to RCFC Rule 7.2(a)(1), the actual filing deadline is October 17, 2011. As the latter date provides, in the court's view, adequate time for plaintiffs to respond to defendant's Motion for a Protective Order, plaintiffs' motion is hereby **DENIED**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge