# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed:  December 22, 2011)
_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

                         Plaintiffs,

        v.

THE UNITED STATES,

                         Defendant.

_____

**ORDER**
_____

On November 26, 2011, defendant filed a motion for a protective order prohibiting plaintiffs from deposing IRS officials regarding the imposition of accuracy-related penalties on plaintiffs.  Plaintiffs filed their opposition to this motion on October 17, 2011, and defendant replied on October 25, 2011.  Defendant's motion for a protective order barring plaintiffs' RCFC 30(b)(6) deposition is hereby **GRANTED**.  An opinion explaining the basis for this ruling will follow.

    **IT IS SO ORDERED.**

                                   s/ Francis M. Allegra
                                   Francis M. Allegra
                                   Judge