# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: December 22, 2011)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On December 14, 2011, plaintiffs filed a motion to compel production of documents by defendant. Plaintiffs' motion is hereby **DENIED**. An opinion explaining the basis for this ruling will follow.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge