# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: April 19, 2012)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Wednesday, April 25, 2012, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**


                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge