# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: April 26, 2012)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On April 25, 2012, a telephonic status conference was held in this case. Participating for plaintiffs was Jay H. Zimbler; participating for defendant was Bart D. Jeffress. Based on the discussions at that conference, the court hereby adopts the following schedule for the filing of motions for summary judgment on the issues of the custodial share receipts (CSRs) and perpetual securities:

1. On or before July 24, 2012, plaintiffs shall file their motion for summary judgment;

2. On or before September 24, 2012, defendant shall file its response to plaintiffs' motion and its cross-motion for summary judgment;

3. On or before November 2, 2012, plaintiffs shall file their reply and their response to defendant's cross-motion;

4. On or before December 6, 2012, defendant shall file its reply to its cross-motion; and

5.  If the settlement discussions regarding previously taxed income are unsuccessful, the parties shall file a joint status report proposing a schedule for summary judgment briefing on that issue.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge
