# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: June 25, 2012)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

_____

### ORDER
_____

On June 22, 2012, the parties filed a joint motion to exceed the page limits established by RCFC 5.4(b), by allowing both parties to use 110 pages, allocated between their respective motions and replies as they wish. That motion is hereby **DENIED, in part.** Instead, the parties shall have an additional ten pages for each filing. Accordingly, plaintiff's motion for summary judgment shall be limited to fifty (50) pages; defendant's response and cross-motion shall be limited to sixty (60) pages; plaintiff's response and reply shall be limited to forty (40) pages; and defendant's reply shall be limited to thirty (30) pages.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge