# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: July 24, 2012)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, ET. AL.,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 23, 2012, plaintiffs filed a motion for partial summary judgment, accompanied by its proposed findings of uncontroverted fact with nearly 5,000 pages of attached exhibits. Accordingly, on or before July 30, 3012, plaintiffs shall provide a courtesy copy of its proposed findings of uncontroverted fact, including all of the attached exhibits, via a CD-Rom or DVD. The electronic documents so provided shall be in searchable form.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge