# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: August 17, 2012)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

                Plaintiffs,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On August 16, 2012, defendant filed a motion for an enlargement of time of 45 days, from September 24, 2012, to and including November 8, 2012, within which to file its response to plaintiff's motion for partial summary judgment and its cross-motion.  That same day, plaintiffs filed a response opposing defendant's motion for an enlargement of time.  That motion is hereby **GRANTED.**  Accordingly, the briefing schedule is revised as follows:

    1.    On or before November 8, 2012, defendant shall file its response to plaintiffs' motion and its cross-motion for summary judgment;

    2.    On or before December 17, 2012, plaintiffs shall file their reply and their response to defendant's cross-motion;

    3.    On or before January 21, 2013, defendant shall file its reply to its cross-motion; and

    4.    **No further enlargements of the deadline for defendant's response and cross-motion shall be granted.**

**IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge