# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: September 27, 2012)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 26, 2012, defendant filed a motion seeking clarification of the spacing requirements in RCFC 5.5(c)(4) and for other relief. On September 27, 2012, plaintiffs filed their response to this motion. Having reviewed these materials, the court concludes, as follows:

1. RCFC 5.5(c)(4) requires that text be "double spaced." It neither determines spacing based upon the number of points between lines nor based upon the number of lines on a page. The paragraph spacing option in Microsoft Word (the program that plaintiffs apparently used) clearly distinguishes between "double" spacing and spacing "exactly" at a specified number of points (see the attached computer screen shot). Despite plaintiffs' arguments to the contrary, the court believes that it is clear enough that the former of these options is that intended by this court's rules.

2. This court's order of June 25, 2012, shall be modified to allow defendant sixty-seven pages for its response and cross-motion. All other provisions in this order (including, in particular, the size of plaintiffs' response and reply) shall remain in effect.

3. The court's scheduling order, as modified by its order of August 17, 2012, shall remain in effect.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge



File
Home
Insert
Page Layout
References
Mailings
Review
View
Developer
West Solutions
Paste
Clipboard
Font
Paragraph
Styles
Editing
AaBbCcI
dd
¶ Normal
¶ sp
Heading 3
Change Styles
Find
Replace
Select
Paragraph
Indents and Spacing
Line and Page Breaks
General
Alignment:
Left
Outline level:
Body Text
Indentation
Left:
0"
Right:
0"
Special:
By:
(none)
Mirror indents
Spacing
Before:
0 pt
After:
0 pt
Line spacing:
At:
Single
Don't add space between paragra
Single
1.5 lines
Double
At least
Exactly
Multiple
Preview
Tabs...
Set As Default
OK
Cancel
procurement.docx: 4,639 characters (an approximate value).
100%
start
3 Microsoft Word
Home - IBM Lotus Notes
11:41 AM