# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: November 6, 2012)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

           Plaintiffs,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

      On November 1, 2012, defendant filed a motion seeking clarification of the court's order of October 25, 2012, denying the parties' joint motion to unseal plaintiffs' summary judgment filings.  Upon further review of paragraph 15 of this court's order of September 26, 2011, and with defendant's recent filing of the written consent provided by Morgan Stanley, the court believes that defendant may file its summary judgment motion and associated brief not under seal (and successor filings may also be filed on this basis to the extent consistent with the consent given by Morgan Stanley).

      **IT IS SO ORDERED**.

                                                            s/ Francis M. Allegra
                                                           Francis M. Allegra
                                                           Judge