# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed:  November 28, 2012)
_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

     Plaintiffs,

  v.

THE UNITED STATES,

     Defendant.

_____

**ORDER**
_____

   On November 27, 2012, plaintiffs filed an unopposed motion for an enlargement of time of 28 days, from December 17, 2012, to and including January 14, 2013, within which to file their reply and response.  That motion is hereby **GRANTED.**   Accordingly, the briefing schedule is revised as follows:

1.  On or before January 14, 2013, plaintiffs shall file their reply and their response to defendant's cross-motion; and

2.  On or before February 19, 2013, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED**.

     s/ Francis M. Allegra
     Francis M. Allegra
     Judge