# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: May 7, 2013)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On May 3, 2013, defendant filed an unopposed motion to extend the summary judgment schedule for the previously taxed income issue. That motion is hereby **GRANTED**. Accordingly, the briefing schedule is as follows:

1. On or before July 1, 2013, defendant shall file its motion for summary judgment;

2. On or before August 30, 2013, plaintiffs shall file their response and cross-motion, if any;

3. On or before October 25, 2013, defendant shall file its reply and a response to the cross-motion, if any; and

4. On or before November 25, 2013, plaintiffs shall file their reply in support of the cross-motion, if any.

**IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge