# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: June 25, 2013)
_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

          Plaintiffs,

     v.

THE UNITED STATES,

          Defendant.
_____

**ORDER**
_____

On June 17, 2013, defendant filed an unopposed motion to extend the summary judgment schedule for the previously taxed income issue. That motion is hereby **GRANTED.** Accordingly, the briefing schedule is as follows:

1. On or before August 9, 2013, defendant shall file its motion for summary judgment;

2. On or before October 8, 2013, plaintiffs shall file their response and cross-motion, if any;

3. On or before December 9, 2013, defendant shall file its reply and a response to the cross-motion, if any; and

4. On or before January 10, 2014, plaintiffs shall file their reply in support of the cross-motion, if any.

**No further enlargements of defendant's deadlines will be granted.**

**IT IS SO ORDERED**.

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge