# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed: September 12, 2013)
_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

    Oral argument on the parties' cross-motions for summary judgment will be held in this case on Tuesday, November 12, 2013, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439.  The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED**.


                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge