# In The United States Court of Federal Claims

Nos. 07-06T, 07-706T, 08-135T, & 08-605T

(Filed:  November 14, 2013)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES, *et al.*,

                Plaintiffs,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On August 9, 2013, defendant filed a motion for partial summary judgment regarding the previously taxed income transactions.  On October 29, 2013, plaintiff filed a cross-motion for summary judgment.  Subsequent briefing shall be according to the following schedule:

1.     On or before January 15, 2014, defendant shall file its reply and a response to plaintiff's cross-motion, if any; and

2.     On or before February 17, 2014, plaintiff shall file their reply in support of the cross-motion, if any.

      **IT IS SO ORDERED**.

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge